# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-                                                         Case No.  8:94-cr-220-T-24MAP

RONALD C. WESTENDORF

_____/

# O R D E R

This cause comes before the Court for consideration of Defendant Westendorf's Motion Requesting Removal of Improper Instructions/Orders to Bureau of Prisons by the US Attorney's Office Which Have Effectively Altered the Defendant's "Conditions of Detention" and Amount to Additional Punishment Without "Due Process" of Law in Violation of the Fourteenth Amendment (Doc. No. 2932).  The Government filed a Response thereto (Doc. No. 2933).

The Government stated that it provided the Bureau of Prisons (BOP) with information concerning separatee concerns as is done in many cases.  The Government further represented to the Court that it spoke with Defendant's Case Manager, who informed the Government that the BOP does not deny transfers for separatee reasons.  In addition, Defendant's Case Manager indicated that Defendant is not presently eligible for a transfer because the BOP requires an inmate maintain "clear conduct" for twelve months in order to be eligible for a transfer, and Defendant is not eligible because he had an "incident report" on January 1, 2006, subsequent to his filing the instant motion.

Having considered the motion, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that Defendant Westendorf's Motion Requesting Removal of Improper Instructions/Orders (Doc. No. 2932) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 6th day of February, 2006.


SUSAN C. BUCKLEW
United States District Judge

Copies to:

Ronald C. Westendorf, pro se
Counsel of Record