UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-  Case No. 8:94-cr-220-SCB-MAP

RONALD CARL WESTENDORF

**CLERK'S MINUTES**
Proceeding: Status Conference
*Courtroom 12B*

| | |
|---|---|
| Judge: Christopher P. Tuite, U.S. Magistrate Judge | Date: April 15, 2021 |
| Deputy Clerk: Ashley Sanders | Time: 9:06 AM |
| USPO: none | Recess: 9:11 AM |
| Court Reporter: Digital | Total Time: 5 min |
| Interpreter: none | |

Counsel for USA: Jackson Boggs, AUSA
Counsel for Defendant: Sylvia Irvin, AFPD

Court calls case and counsel enters appearances.

Attorney Irvin agrees with the court that the Defendant's appearance is no required.

Probations office has been unable to locate the victim and witness in this case and therefore the United States does not believe it can move forward with the allegations contained in the petition. The United States intends to dismiss the allegation in the petition.

A motion to dismiss should be filed by the Government if they wish to dismiss the petition.

Status conference set for Friday, April 23 at 9:00 AM. Defendant's appearance is required. Hearing will be cancelled upon filing of a motion to dismiss.

Recess.